■ In the Matter of DEWEY J. AYERS, Appellant, v THOMAS A. COUGHLIN, III, as Commissioner of the Department of Correctional Services, et al., Respondents. — Appeal from a judgment of the Supreme Court at Special Term (Ford, J.), entered August 10, 1981 in Clinton County, which, *inter alia*, in a proceeding pursuant to CPLR article 78, dismissed petitioner's application, without prejudice, for failure to exhaust administrative remedies. Judgment affirmed, without costs (see *Matter of Patterson v Smith,* 53 NY2d 98). Mahoney, P. J., Sweeney, Yesawich, Jr., Weiss and Levine, JJ., concur.